UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED 4/16/08
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

SHEILA WRIGHT RUSHING

CASE NO. 3:08-cr-124-J-25TEM
Ct. 1: 29 U.S.C. § 501(c)
Ct. 2: 29 U.S.C. § 439(c)
Ct. 3  29 U.S.C. § 439(c)
Forfeiture: 18 U.S.C. § 981(a)(1)(C) &
28 U.S.C. § 2461

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about March 2004 to in or about November 2005, in the Middle District of Florida,

SHEILA WRIGHT RUSHING,

the defendant herein, being an employee of Bakery, Tobacco & Grain AFL-CIO Local Union 482, a labor organization as defined in Title 29, United States Code, Sections 402(i) and (j), did knowingly and wilfully embezzle, steal, abstract and convert to her own use, the moneys, funds, securities, property, and other assets of said organization in the approximate amount of $17,133.01.

In violation of Title 29, United States Code, Section 501(c).

### COUNT TWO

From in or about March 2004 to in or about November, 2005, in the Middle District of Florida,

SHEILA WRIGHT RUSHING,

the defendant herein, being an employee of the Bakery, Tobacco & Grain AFL-CIO, Local Union 482, a labor organization as defined in Title 29, United States Code, Sections 402(i) and (j), did knowingly and willfully destroy books, records, reports or statements required to be maintained by Title 29, United States Code, Section 436, in that the defendant destroyed bank statements, checks and checks stubs to conceal her embezzlement of funds from said labor organization.

In violation of Title 29, United States Code, Section 439(c).

## COUNT THREE

From in or about March 2004 to in or about November, 2005, in the Middle District of Florida,

SHEILA WRIGHT RUSHING,

the defendant herein, being an employee of the Bakery, Tobacco, & Grain AFL-CIO, Local Union 482, a labor organization as defined in Title 29, United States Code, Sections 402(i) and (j), did knowingly and willfully make false entries on books, records, reports, or statements required to be maintained by Title 29, United States Code, Section 436, in that the defendant made false entries on checks and check stubs to conceal her embezzlement of funds from said labor organization.

In violation of Title 29, United States Code, Section 439(c).

## **FORFEITURES**

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. From her engagement in the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant

SHEILA WRIGHT RUSHING

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of her interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations.

3. If any of the property described in paragraph 2, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
BONNIE A. GLOBER
Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SHEILA WRIGHT RUSHING

## INDICTMENT

Violations:
29 U.S.C. § 501(c)
29 U.S.C. § 439(c)
29 U.S.C. § 439(c)

A true bill

_____
Foreperson

Filed in open court this 16th day

of April, A.D. 2008.

_____
Deputy Clerk

Bail $ _____

GPO 863 525

Revised 05/03/2007